IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:99-cr-62 |
| | ) | 3:07-cr-45 |
| PIERCE L. GROSS, JR. | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion to continue the trial [docs. 96 and 14].  The defendant says that additional time is needed to prepare his defense in these consolidated cases.  The government has no objection to a continuance.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The court finds that the failure to grant the defendant's motion would deny the defendant the reasonable time necessary to prepare his defense and would unfairly prejudice the defendant.  18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, all the time from the defendant's motion for a continuance to the new trial date is excludable  as provided by the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to September 27, 2007, at 9:00 a.m.

ENTER:

      *s/ Leon Jordan*
United States District Judge